UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALFRED FANELLI,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SMALL, WARDEN,<br><br>        Respondent. | Case No. EDCV 09-1840-GAF(CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer and the documents lodged with the answer, and the magistrate judge's report and recommendation.

     ACCORDINGLY, IT IS ORDERED:

     1.    The report and recommendation is accepted.

     2.    Judgment shall be entered consistent with this order.

     3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 22, 2010

                                             GARY FEESS<br>                                             UNITED STATES DISTRICT JUDGE