UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALFRED FANELLI, ) | Case No. EDCV 09-1840-GAF(CT) |
| ) | |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| LARRY SMALL, WARDEN, ) | |
| ) | |
| Respondent. ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: February 22, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE